ELIZA INGRAM, ADMINISTRATRIX, ETC., OF WM. INGRAM, DECEASED, RESPONDENT, *v.* LYDIA F. YOUNG AND ANOTHER, ADMINISTRATORS, ETC., OF OLIVER YOUNG, DECEASED, APPELLANTS.

*Wrong-doer* — 3 *R. S.*, 5*th ed.*, *p.* 168 — *Agent* — *ratification of acts of.*

William Ingram died, intestate, July 16th, 1864, leaving a widow, the plaintiff, and two minor children. The deceased had, at the time of his death, in his residence, $625 in money, and $300 in certificates of deposit, in the Port Jervis Bank. Immediately after his death, Oliver Young, the defendant's intestate, and the uncle of the plaintiff, told her that it was not safe to keep the money and securities in the house, and he afterward, apparently with her consent, deposited the same in the Port Jervis Bank. The plaintiff drew from the bank $225, and the remaining $700 was invested by Young in Government bonds, which were deposited in the bank, the plaintiff going to the bank and drawing the interest upon them regularly, up to July 1st, 1869. In December, 1869, the bank was robbed, and these bonds were stolen. In January, 1872, the plaintiff was appointed administratrix of William Ingram, and, Young having died, this action was brought to recover of his estate the value of the bonds; *held*, that she could not recover; first, because Young acted as her agent, and was not chargeable on the testimony either with neglect or conversion in respect to the property; and second, because the plaintiff adopted and ratified his act in investing the money and depositing the bonds.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

*Groo & Wiggins*, for the appellant.

*Lewis E. Carr*, for the respondent.

Opinion by TAPPEN, J.

Present—TALCOTT and TAPPEN, JJ.

Judgment reversed and new trial ordered.